NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KNAUF INSULATION, INC., KNAUF INSULATION SPRL,**
*Appellants*

**v.**

**JOHNS MANVILLE CORPORATION, JOHNS MANVILLE, INC.,**
*Appellees*

---

2017-1433

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01402.

---

**JUDGMENT**

---

JOSHUA PAUL LARSEN, Barnes & Thornburg LLP, Indianapolis, IN, argued for appellants. Also represented by JAMES SWEENEY.

KRISTOPHER L. REED, Kilpatrick Townsend & Stockton LLP, Denver, CO, argued for appellees. Also represented by DARIN JAMES GIBBY, DAVID E. SIPIORA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 January 16, 2018          /s/ Peter R. Marksteiner
        Date                 Peter R. Marksteiner
                             Clerk of Court